UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN PORTER,

                Plaintiff,

-against-

JOHN E. POTTER,
*Postmaster General,*

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1255 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 30 2005
TIME A.M. P.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 28, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 25, 2005, granting defendant's motion for summary judgment; and dismissing plaintiff's complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; that defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
        September 29, 2005

                                                /s/
                                      ROBERT C. HEINEMANN
                                      Clerk of Court